IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRITTANY MURPHY,<br><br>   Plaintiff,<br><br>        v.<br><br>INTERNATIONAL HOSPITALITY SERVICES, INC.,<br><br>   Defendant. | CIVIL NO. 22-1621 (JAG) |

## JUDGMENT

Pursuant to the Parties Notice of Voluntary Dismissal, Docket No. 43, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, May 20, 2025.

                                                                    s/ Jay A. Garcia-Gregory
                                                                    JAY A. GARCIA-GREGORY
                                                                    U.S. DISTRICT JUDGE